## NARRAGANSETT FOOD SERVICES, INC.

v.

## RHODE ISLAND DEPARTMENT OF LABOR.

### No. 78–65–A.

Supreme Court of Rhode Island.

April 3, 1980.

Tillinghast, Collins & Graham, Alfred B. Stapleton, Mark A. Pfeiffer, Chester S. Labedz, Jr., Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Harold E. Krause, Sp. Asst. Atty. Gen., for respondent.

## ORDER

The petitioner's motion to pass this case as prayed is granted. This case is assigned to the May, 1980 calendar for oral argument.

---

## John H. NORBERG, Tax Administrator

v.

## Doris M. ARMSTRONG.

### No. 79–196–M.P.

Supreme Court of Rhode Island.

April 3, 1980.

Dennis J. Roberts II, Atty. Gen., William G. Brody, Asst. Atty. Gen., Perry Shatkin, Chief Legal Officer (Taxation) and R. Gary Clark, Asst. Tax Administrator, Providence, for plaintiff-respondent.

Samuel A. Olevson, Providence, for defendant-petitioner.

## ORDER

The petitioner's motion for stay of execution sale as prayed is granted.